345  DUNN vs. SUPERIOR COURT JUDGE (Detroit), 29 M., 227.

To require respondent to place a chancery cause pending in said court, wherein relator is complainant, which was not in readiness for hearing in time to be noticed for the first day in term, but the relator's solicitors noticed it for a subsequent day, upon the calendar for the current term at the foot thereof.

Denied April 22, 1874.

The case was at issue on the bill, answer and replication, and defendant thereupon took the proper steps and obtained an order for the examination of witnesses in open court.

Held, that cases where witnesses are to be examined in open court must be noticed for hearing for the first day of term.


346  RANDALL vs. CIRCUIT JUDGE (Wayne), No. 13380, 96 M., 284.

To vacate an order requiring relator in a libel suit to elect upon which count of his declaration he would proceed.

Granted June 30, 1893, with costs.


347  PECK ET AL. vs. CIRCUIT JUDGE (Kent), No. 13936, 98 M., 639.

To compel respondent to vacate an order striking from the files in a chancery cause, the papers relating·to the appointment of a guardian ad litem, for an infant defendant, under How. Stat., Secs. 8132-8133.

Granted February 6, 1894, with costs against defendants in the chancery cause.